# EXHIBIT 3



A registered ISO 9001:2008 laboratory

4207-1 Milgen Road, Columbus, GA  31907          Telephone:  844-309-6337          www.textest.com

| | |
|---|---|
| TexTesT Report: | 3877 1 |
| Date: | 9/21/16 |
| Page: | 1 of 2 |

CLIENT:   **LAW OFFICES OF HOWARD W. RUBENSTEIN**
115 Claremont Lane 5
Palm Beach Shores, FL  33404

ATTN:  Amy Francis

SAMPLE IDENTIFICATION:   LABELED 100% Egyptian Cotton
Sample  1.    DAMASK STRIPE 500 THREAD COUNT

| FIBER LENGTH AND DISTRIBUTION ASTM D 5103 | | Length Group Lower Limit (in.) | Number of Fibers | **Sample 1.** Percent of Total | |
|---|---|---|---|---|---|
| | | 2.040 | 0 | 0 | |
| | | 1.920 | 0 | 0 | |
| | | 1.800 | 0 | 0 | |
| | | 1.680 | 0 | 0 | |
| | | 1.560 | 0 | 0 | |
| | | 1.440 | 2 | 4 | Probability |
| | Extra Long | 1.320 | 6 | 12 | 16% Egyptian ELS |
| | Long | 1.200 | 1 | 2 | |
| | Medium | 1.080 | 6 | 12 | |
| | Short | 0.960 | 11 | 22 | |
| | | 0.840 | 9 | 18 | |
| | | 0.720 | 4 | 8 | |
| | | 0.600 | 4 | 8 | |
| | | 0.480 | 4 | 8 | |
| | | 0.360 | 3 | 6 | |
| | | 0.240 | 0 | 0 | |
| | | 0.120 | 0 | 0 | |
| | | 0.000 | 0 | 0 | |
| | | | 50 | 100 | |

Total
Average Length              0.900
Standard Deviation          0.345
Coefficient of Variation     17.2 %

TEXTEST LLC

*Ann R. Underwood*
signed by

| | |
|---|---|
| TexTesT Report: | 3877 1 |
| Date: | 9/21/16 |
| Page: | 2 of 2 |

|  |  |
|---|---|
| SAMPLE IDENTIFICATION: | LABELED 100% Egyptian Cotton<br>Sample  1.    DAMASK STRIPE 500 THREAD COUNT |



SUMMARY                                         1

| | |
|---|---|
| Average Length inches | 0.900 |
| Std. Deviation | 0.345 |
| Coefficient of Varation | 17.2 % |
| Maximum | 1.44 |
| Minimum | 0.38 |

Probability % Egyptian-Extra Long Staple:    18%

American Pima Standard  1.2 to 1.48"
Supima Standard 1.25" to 1.56"
Egyptian ELS Std 1.5" to  2.5"
Short Fiber Content= Less the 0.5"