IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80960-Civ-Middlebrooks/Brannon

**MARTA RENDON,**

    Plaintiff,

**CLASS ACTION**

vs.

**BED BATH & BEYOND INC.**,

Defendant.

_____ /

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff Marta Rendon ("Plaintiff"), by and through undersigned counsel, hereby dismisses this action without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Dated: October 24, 2017

Respectfully submitted,

By: /s/ Angela Arango-Chaffin
Angela Arango-Chaffin, Esq.
Fla. SBN: 87919
angela@chaffinlawFirm.com
540 West Avenue, Suite 1113
Miami Beach, FL. 33139
Telephone: (713) 818-2515

Attorney for Plaintiff MARTA RENDON and the Proposed Class

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL was served by via ECF, on all counsel or parties of record on the service list this 24th day of October, 2017:

**Brian Michael Ercole**
Morgan Lewis, Bockius
200 South Biscayne Blvd
Suite 5300
Miami, FL 33131
Telephone: 305-415-3416
Fax: 325-415-3001
Email: brian.ercole@morganlewis.com

By: /s/ Angela Arango-Chaffin
Angela Arango-Chaffin, Esq.